# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED JUN 0 1 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

JAIME HORACIO MORAN-MALDONADO (1)

  Defendant.

Case No. 18CR1140-W

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- [x] an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or
- [ ] the Court has dismissed the case for unnecessary delay; or
- [ ] the Court has granted the motion of the Government for dismissal, without prejudice; or
- [ ] the Court has granted the motion of the defendant for a judgment of acquittal; or
- [ ] a jury has been waived, and the Court has found the defendant not guilty; or
- [ ] the jury has returned its verdict, finding the defendant not guilty;
- [x] of the offense(s) as charged in the Indictment/Information:

  21:952, 960 - Importation of Methamphetamine;  21:952, 960 - Importation of Cocaine ;
  21:952, 960 – Importation of Heroin

Dated: 6/1/2018

Hon. Barbara L. Major
United States Magistrate Judge